## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTON SCOTT HALEY | § | |
| | § | CIVIL ACTION NO. 2:24-cv-00074 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| SBLJ, LLC | § | |
| | § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ANTON SCOTT HALEY, Plaintiff, and SBLJ, LLC, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant SBLJ, LLC in their entirety and with prejudice.

## STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant SBLJ, LLC, and Defendant to bear their own attorney's fees and costs.

DATED:     July 29, 2024          FOR ANTON SCOTT HALEY Plaintiff

BY:     */S/   R. Bruce Tharpe*_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office

(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098


DATED:        July 29, 2024         FOR SBLJ, LLC Defendant

Mr. John Swallow
HUSEMAN LAW FIRM, PLLC
615 N. Upper Broadway, Suite 2000
Corpus Christi, Texas 78401
(361) 883-3563- office
(361) 883-0210 – fax
Email: jswallow@husemanlawfirm.com

   */s/ John Swallow*
DEFENDANT'S COUNSEL